**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 26-1359**

—————————

STATE OF SOUTH CAROLINA,

        Plaintiff - Appellee,

    v.

JAPHETH ASHLEY HUTCHINSON,

        Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of South Carolina, at Aiken. Mary G. Lewis, District Judge.  (1:26-cv-00765-MGL)

—————————

Submitted:  May 29, 2026                   Decided:  June 23, 2026

—————————

Before WYNN and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Japheth Ashley Hutchinson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Japheth Ashley Hutchinson seeks to appeal the district court's order accepting the magistrate judge's recommendation and remanding this case to state court based on lack of subject matter jurisdiction. With limited exceptions not applicable here, a district court's order remanding a removed case for lack of subject matter jurisdiction is not reviewable on appeal or otherwise. 28 U.S.C. § 1447(d); *see Doe v. Blair,* 819 F.3d 64, 66-67 (4th Cir. 2016) ("A district court may remand a case *sua sponte* for lack of subject matter jurisdiction at any time, and such an order is not reviewable.") (citation modified). Accordingly, we dismiss the appeal for lack of jurisdiction. *See id.* at 66. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*